EDNA MASARJIAN *v.* ALBERT MASARJIAN
(9805)

SPALLONE, LANDAU and HEIMAN, Js.

Argued June 3—decision released June 25, 1991

*Raymond T. Connor,* with whom, on the brief, was *Christopher T. Godialis,* certified legal intern, for the appellant (defendant).

*Dianne M. Andersen,* with whom, on the brief, was *Melissa A. Grauel,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.